**JUDGE KAPLAN**

VAN MANDEL, P.C.
80 Wall Street, Suite 1115
New York, NY 10005
(212) 668-1700
Attorneys for Plaintiff



'08 CIV 6990

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
NEWSPAPERDIRECT, INC.,

  Petitioner,

      v.

VICTORY INTERACTIVE MEDIA SA,

  Respondent.
--------------------------------X

08 Civ. _____ ( )

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 [Formerly Local General Rule 9] of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for the NewspaperDirect, Inc. (a private non-governmental party) certifies that the following is the corporate parent and the 100% owner of said party, which is not publicly held:

**NEWSPAPERDIRECT, INC.**, a Delaware corporation having an office at 111 Broadway, #1502, New York, NY, 10006.

August 5, 2008

_____
DANIEL AKSELROD (DA-2569)